UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

           Plaintiff,

   v.

SALEEM A. KHAN, et al.,

           Defendants.

No. 2:14-cv-1823-TLN-EFB

ORDER TO SHOW CAUSE

     On April 8, 2015, plaintiff filed a Joint Statement re Discovery Disagreement. ECF No. 15. Since plaintiff failed to notice the matter for hearing as required by Local Rule 251, the court ordered the matter set for hearing on May 6, 2015. At the hearing attorney Amanda Lockhart appeared on behalf of plaintiff; defendants failed to appear.

     Local Rule 230(i) provides that "[a]bsent notice of intent to submit the matter on the briefs, failure to appear [at the hearing] may be deemed withdrawal of the motion or of opposition to the motion, in the discretion of the Court, or may result in the imposition of sanctions." Failure to comply with the court's Local Rules or the orders of this court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110. Therefore, defendants are ordered to show cause why sanctions should not be imposed for their failure to appear at the May 6, 2015 hearing.

/////

1

Accordingly, it is hereby ORDERED that:

1. Defendants shall show cause, in writing, on or before May 27, 2015, why sanctions should not be imposed for their failure to appear at the May 6, 2015 hearing.

2. Failure to comply with this order may result in a recommendation that defendants' answer be stricken and their default entered.

DATED: May 7, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE