UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-1823-TLN-EFB |
| Plaintiff, | |
| v. | ORDER |
| SALEEM A. KHAN, et al., | |
| Defendants. | |

This matter was before the court on July 22, 2015, for hearing on plaintiff's motions to compel the production of documents. ECF Nos. 15, 23. Attorney Amanda Lockhart appeared on behalf of plaintiff; attorney Terry Stark appeared on behalf of defendants.[1]  For the reasons stated on the record, plaintiff's motions to compel are granted, and defendants shall reimburse plaintiff for the reasonable expenses incurred in bringing the motions. *See* Fed. R. Civ. P. 37(a)(5)(A).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motions to compel (ECF Nos. 15, 23) are granted;

2. Defendants shall produce documents responsive to plaintiff's Requests for Production of Documents, Set One and Two, within 7 days of the date of this order; and

/////

---

[1] Mr. Stark appeared telephonically.

1

3. Within 7 days of this order, defendants shall pay plaintiff $2,300 for the reasonable expenses incurred in bringing its motions to compel.[2]

DATED: July 27, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] As stated at the July 22 hearing, plaintiff is entitled to $1,500 for the time spent drafting the pleadings in support of the motions, plus reimbursement for the time counsel expended in appearing at the May 6, 2015 hearing on plaintiff's first motion to compel—a hearing that was continued due to defendants' failure to appear. The court finds that plaintiff is entitled to $700 (3.5 hours at $200 an hour) for the May 6 appearance, plus $100 (.5 hours at $200 an hour) for counsel's appearance at the July 22 hearing. Accordingly, plaintiff is entitled to be reimbursed $2,300 for the reasonable expenses incurred in bringing his motions to compel.