UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: 2:14-CV-01823-TLN-EFB |
| Plaintiff, | **[PROPOSED] ORDER ON REQUEST TO VACATE DEBTOR EXAM** |
| v. | |
| **Saleem A. Khan, et al.** | Date: 12/6/17 |
| Defendants. | Time: 9:30 a.m. |
| | Courtroom: 8 |

### **ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Saleem A Khan scheduled for 12/6/17 is vacated.

Dated: December 5, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam