UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:14-CV-01823-TLN-EFB |
| Plaintiff, | **[PROPOSED] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR'S EXAMINATION** |
| v. | |
| **Saleem A. Khan, et al.** | |
| Defendants. | |

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Mohammad Yasir Khan, CEO K-B Wireless, Inc., is continued from 10/10/18 to 1/16/19 at 9:30 am in Courtroom 8, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: October 11, 2018.

_____
Edmund F. Brennan
U.S. Magistrate Judge

(Proposed) Order on request to continue Debtor's Exam